

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-87,766-01

### IN RE JOSE ANTONIO CORTEZ, Relator

---

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NOS. 1992-CR-6828-W1 AND 1992-CR-6829-W1 IN THE 290th DISTRICT COURT
### FROM BEXAR COUNTY

---

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. In it, Relator contends that he filed applications for a writ of habeas corpus in the 290th District Court of Bexar County, the District Court entered timely orders designating issues on November 22, 2016, more than 180 days have passed since the date the State received the applications, and the applications have not been timely forwarded to this Court as mandated by Texas Rule of Appellate Procedure 73.4(b)(5).

Respondent, the District Clerk of Bexar County, is ordered to file a response, which may be made by submitting the record on such habeas corpus applications, submitting proof of the date of

receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed applications for a writ of habeas corpus in Bexar County. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: December 20, 2017
Do not publish